## UNITED STATES *versus* PHILLIP BIGLER.

JOURNAL ENTRIES: (1) May 6, 1829: continued, attendance of witnesses proved; (2) Dec. 9, 1829: jury impaneled, evidence adduced, discontinued.

PAPERS IN FILE (1828–29): (1) Precipe for summons; (2) summons and return; (3) stipulation re time to plead; (4) declaration, plea of not guilty; (5) subpoena; (6) precipe for subpoena; (7) subpoena; (8) plea of not guilty.

*File No.* 26 of 1828.